# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
No. 15-1588V
Filed: July 6, 2016
UNPUBLISHED

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| EVELYN BELL,                                       Petitioner,<br>v.<br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br>                                       Respondent. | Damages Decision Based on Proffer; Influenza ("Flu") Vaccine; Left Brachial Plexopathy/Neuritis; Shoulder Injury Related to Vaccine Administration ("SIRVA"); Special Processing Unit ("SPU") |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

*Lawrence R. Cohan*, Anapol Weiss, Philadelphia, PA, for petitioner.
*Lisa Ann Watts*, U.S. Department of Justice, Washington, DC, for respondent.

## DECISION AWARDING DAMAGES[1]

**Dorsey**, Chief Special Master:

On December 30, 2015, Evelyn Bell ("petitioner") filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that she suffered from left brachial plexopathy as a result of an influenza ("flu") vaccine she received on September 19, 2014.  Petition at 1.  The case was assigned to the Special Processing Unit of the Office of Special Masters.

On April 11, 2016, a ruling on entitlement was issued, finding petitioner entitled to compensation.  On July 6, 2016, respondent filed a proffer on award of compensation ("Proffer") indicating petitioner should be awarded $172,485.00.  Proffer at 1.  In the Proffer, respondent represented that petitioner agrees with the proffered award.  Based

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy.  If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755.  Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $172,485.00, in the form of a check payable to petitioner, Evelyn Bell.**  This amount represents compensation for all damages that would be available under § 300aa-15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

> s/Nora Beth Dorsey
> Nora Beth Dorsey
> Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
OFFICE OF SPECIAL MASTERS

| | | |
|---|---|---|
| EVELYN BELL, | ) | **ECF** |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 15-1588V |
| | ) | Chief Special Master |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | ) | Nora Beth Dorsey |
| | ) | |
| Respondent. | ) | |
| | ) | |

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

**I.   Items of Compensation**

Based upon the evidence of record, respondent proffers that petitioner should be awarded $172,485.00, which represents all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a).[1]  Petitioner agrees.

**II.   Form of the Award**

The parties recommend that the compensation provided to petitioner should be made through a lump sum payment of $172,485.00 in the form of a check payable to petitioner.[2] Petitioner agrees.

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief.  In particular, respondent would oppose any award for future medical expenses, future lost earnings, and future pain and suffering.

[2] Petitioner is a competent adult.  Proof of guardianship is not required in this case.

          RUPA BHATTACHARYYA
          Director
          Torts Branch, Civil Division

          CATHARINE E. REEVES
          Acting Deputy Director
          Torts Branch, Civil Division

          LINDA S. RENZI
          Senior Trial Counsel
          Torts Branch, Civil Division

          <u>s/ Lisa A. Watts</u>
          LISA A. WATTS
          Senior Trial Attorney
          Torts Branch, Civil Division
          U.S. Department of Justice
          P.O. Box 146
          Ben Franklin Station
          Washington, D.C. 20044-0146
          Tel: (202) 616-4099

Dated: July 6, 2016